RECEIVED

MAR 0 6 2018

BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_Eastern_ **DIVISION**

Brent J. Johns

#169306

)
)
)
)
)
)
)
)

Jury trial
Demanded

(Enter above the full name of the
Plaintiff in this action. Include prison
registration number.)

)
)
)
)
)

v.

)
)

the City of Florissant, Mo. )

Mayor Tom P. Schneider
(aldermen
(aldermans Tim lee, Tim Jones,
Joseph Eagen, Jeff Caputa, Keith
Childress, Gerard Herter, Jackie
Pagano, Robert Parson JR., Tommy
Siam

)
)
)
)
)
)
)

Case No. 4:17-cv-1516-AGF
(To be assigned by Clerk)

In what capacity are you suing the
defendants?

(Enter above the full name of **ALL** Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of **all** the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

)
)
)
)
)
)
)

☐  Official
☐  Individual
☒  Both

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.     PLACE OF PRESENT CONFINEMENT:

100 S. Central, Clayton Mo, 63105

II.    PREVIOUS CIVIL ACTIONS:

A.     Have you brought any other civil actions in state or federal court dealing with the
       same facts involved in this action or otherwise relating to your confinement?

                    YES  [  ]                    NO  [X]

*additional Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
*eastern* **DIVISION**

Brent Johns

)
)

RECEIVED

)

(Enter above the full name of the
Plaintiff in this action. Include prison
registration number.)

MAR 06 2018
BY MAIL

Floussant
v.

)
)
)

Police Chief Tim lowry

Case No. 4:17-CV-1516-AGF
(To be assigned by Clerk)

Lt. Dennis Behart

)

Sgt. Anthony Mocca, Officer
Brian Pamus, Ofc. Steven
Beckman, Ofc. Joshua Smith
and a/o Stephen Williams
unknown sex-0 Medical Jailer

)
)
)
)

In what capacity are you suing the
defendants?

(Enter above the full name of ALL Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

)
)
)
)
)
)

☐ Official
☐ Individual
☒ Both

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.   PLACE OF PRESENT CONFINEMENT:

100 S. Central Clayton Mo, 63105

II.   PREVIOUS CIVIL ACTIONS:

A.   Have you brought any other civil actions in state or federal court dealing with the
same facts involved in this action or otherwise relating to your confinement?

YES   [  ]          NO   [X]

B.   If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.   Parties to previous civil action:

Plaintiff: _____

Defendant(s): _____

2.   Court where filed: _____

3.   Docket or case number: _____

4.   Name of Judge: _____

5.   Basic claim made: _____



6.   Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

_____

III.   GRIEVANCE PROCEDURES:

A.   Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES   [X]          NO   [ ]

B.   Have you presented this grievance system the facts which are at issue in this complaint?

YES   [ ]          NO   [X]

-2-

C.   If your answer to "B" is YES, what steps did you take: _____

_____

_____

D.   If your answer to "B" is NO, explain why you have not used the grievance system:

_____does____not____apply/Not available_____

_____

IV.   **PARTIES TO THIS ACTION:**

A.   Plaintiff

1.   Name of Plaintiff: Brent Johns

2.   Plaintiff's address: _____

3.   Registration number: 169306

B.   Defendant(s)

1.   Name of Defendant: City of Floussant et al

2.   Defendant's address: _____

3.   Defendant's employer and job title: City of Floussant Missouri

4.   Additional Defendant(s) and address(es): _____

_____

_____

-3-

V.    COUNSEL

A.    Do you have an attorney to represent you in this action?

      YES   [  ]                    NO   [X]

B.    If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

      YES   [X]                    NO   [  ]

C.    If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

_____

_____

_____

D.    If your answer to "B" is NO, explain why you have not made such efforts:

Indegent

_____

_____

E.    Have you previously been represented by counsel in a civil action in this Court?

      YES   [  ]                    NO   [X]

F.    If your answer to "E" is YES, state the attorney's name and address:

_____

_____

-4-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

(1.) The City of Florissant Missouri and it's Elected Officials (MAyor Tom P. Schneider) and the Florissant Aldermen and Alderwoman (Tim lee, timothy Jones, Joseph Eagan, Jeff Caputa, Keith Schildroth, Gerard Henke, Jackie Pagano, Robert Parson JR., Tommy Siam.) all of Whom are directly Responsibility for Governing the laws, statutes, Ordinaces of the City of Florissant failed to Act, failed to intervene to set forth or Change Policies, Customs + Procedures that resulted in Serious Physical injuries to my person and Serious Harm to my mental health on March 1, 2017, in the City of Florissant Missouri.

(2.) The City of Florissant Missouri and it's Elected Officials (Mayor Tom P. Schneider, and Florissant Aldermen and Alderwoman Tim lee, timothy Jones, Joseph Eagen, Jeff Caputa, Keith Schildroth, Gerard Henke, Jackie Pagano,

-5-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each
      defendant is involved. You must state exactly what each defendant personally did, or failed
      to do, which resulted in harm to you. Include also the names of other persons involved,
      dates, and places. Be as specific as possible. State your claims in numbered paragraphs.  You
      may use additional paper if necessary):

*herein after referred to as also city council*

Robert Parson JR., Tommy Siam.) also city council
failed to properly Screen the Hiring
of the City of Florissant Police Cheif
Tim Lowry, Florissant Police leautinaunt Dennis
Dehart, Florissant Police Seargaunt Anthony
Mocca, Police Officer Brian Panus, Police
Officer Steven Beekman, Police Officer
Joshua Smith, Police Officer Stephen
Williams, Police Dispatcher (Unknown
Name), Police Headghunters intake
Jailer (Unknown Name), which resulted
in Serious Physical injury to my
person and Serious Harm to my Mental
health and the denial of adequate
Medical needs on the evening of
March 1, 2017 in the City of Florissant
Missouri during and after my
detainment when I was assaulted!

③ Florissant Police Cheif Tim Lowery failed

-5-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

to Supervise and failed to train and failed to intervene with Florissant Police Officer Joshua Smith on the even of March 1,2017 in the City of Florissant which resulted in Serious Physical injury when Officer Joshua Smith used excessive/deadly force when he rammed my Vehicle with his Patrol Car while my hands were up in clear view out the window Surrendering to approching officers. Causing me to hit my head Causing a Concussion and temperarally losing my Vision. Violating my 4th 5th 6th 8th and 14th amendment rights

(4.) Moments later Florissant Police Officer Steven Beekman used excessive and deadly force by tasing me in my Vehicle while my arms were still in Clear view and held out the Car Window, Causing

VI.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

me to have severe chest pains and nerve damage in my left arm and shoulder. These actions violate my 4th 5th, 6th, 8th, and 14th ammendment rights.

(5.) Florissant Police cheif Tim Lowry failed Supervise and failed to train Officer Brian Panus, Officer Steven Beckman, and Officer Joshua Smith that resulted in the excessive force that caused Serious Physical Injuries and Mental Health Symptoms on March 1, 2017 at 225 Monte drive at 7:01pm in Florissant Missouri.

(6.) Florissant Police Sgt. Anthony Mocca failed to Supervise, and failed to train Officers Brian Panus, Steven Beckman, and Joshua Smith that also resulted in Serious Physical injury from excessive force that was applied at 225 Monte drive in

VI.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):    on March 1 2017

Florissant Missouri when I was struck by Officer Joshua Smiths Patrol Car and tased by Officer Steven Beekman both while my hands were up and out the window Surrendering. these actions Violate my 4th, 5th, 6th, 8th and 14th ammendment rights.

7. Florissant Police Officer Brian Panus failed to intervene on March 1, 2017 when I was assaulted by Joshua Smith and Steven beekman which resulted in Serious Physical injury and Serious Mental health injury these actions Violate the 4th, 5th, 6th, 8th and 14th ammendments Civil rights

8. at approximately 7:14pm in the area of Marco's Pizza located in Florissant Missouri Florissant Police Sgt. Anthony Mocca, and Florissant Police Officers

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Brian Panus, Joshua Smith, Steven Beekman and Stephen Williams approached me while I was lying face down on the ground not resisting in any Way. Sgt. Mocca, Officers Panus Beekman Smith and Williams started stomping on the Back of my Body, Spine, Head with Boots then assaulted me with fists and Collapsible Batons (Deadly Weapons) Causing Me Serious Physical injury and Serious harm and injury to My Mental health. these actions also show Malicious Sadistic intent.

9.) Florissant Police Chief Tim Lowry, Police Lieutinant Dennis Dehart and Florissant Police Seargant Anthony Mocca failed to intervene, Failed to Supervise and failed to train Florissant Police Officers Brian Panus, Joshua Smith

VI.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Steven Beekman and Stephen Williams that resulted in Serious Physical injury and Serious Harm to my Mental Health when Sgt. Anthony Mocca, Police Officers Brian Panus, Steven Beekman Joshua Smith, and Stephen Williams assaulted me with deadly Weapons (Fist, Boots, Collapsible batons) while I was on the ground, face down handcuffed not resisting in any manner on March 1, 2017 at Marco's Pizza in Florissant Missouri at approximately 7:14pm showing gross negligence.

11.) Florissant Police Sgt. Anthony Mocca failed to train, failed to Supervise and failed to intervene with Florissant Police Officers Brian Panus

-5-

VI.    Statement of claim (State as briefly as possible the facts of your case. Describe how each
defendant is involved. You must state exactly what each defendant personally did, or failed
to do, which resulted in harm to you. Include also the names of other persons involved,
dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You
may use additional paper if necessary):

Steven Beekman, Joshua Smith, +
Stephen Williams which Resulted
in Serious Physical injury and
Serious harm to my Mental health
When on March 1, 2017 at 7:14 pm
at Marco's Pizza in florissant
Missouri Officer Panus, Beekman
Smith and Williams Assaulted
me with fists, Boots, and Collapsible
Batons while I was handcuffed
lying face down on the ground
not resisting in any Manner.

(12.) Florissant Police Officers Brian
Panus failed to intervene to
prevent Officers Steven Beekman,
Officer Joshua Smith, and Officer
Stephen Williams from assaulting
me with excessive and deadly
force with deadly Weapons (fists

-5-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Boots and Collapsible Batons)
Which resulted in Serious Physical
injury to my person and Serious
harm and injury to my Mental
health on March 1, 2017 at 7:14pm
at Marcos Pizza. after I was on
the ground, handcuffed and Lying
face down not resisting and unable
to defend myself. this failure to
intervene Violates my 4th, 5th, 6th, 8th
and 14th ammendment rights.
(13.) Florissant Police Officer Steven
Beckman failed to intervene
with Officer Brian Panus,
Officer Joshua Smith and Officer
Stephen Williams to prevent
Officer Brian Panus, Joshua Smith
and Stephen Williams from assaulting
me with fists, Boots, Collapsible batons

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each
defendant is involved. You must state exactly what each defendant personally did, or failed
to do, which resulted in harm to you. Include also the names of other persons involved,
dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You
may use additional paper if necessary):

after i was handcuffed lying
face down on the ground
not resisting and unable to
defend or protect myself in any
way which resulted in Serious
Physical injury to my person
as well as Serious harm to my
Mental Health. these actions
show Malicious and Sadistic intent
gross Negligence and deliberate indifference
and Violate my 4th, 5th, 6th, 8th, and
14th ammendment rights.

(14.) Officer Joshua Smith failed
to intervene with Officers Brian
Panus, Steven Beckman, and Stephen
Williams to Prevent Officers
Brian Panus, Steven Beckman, and
Stephen Williams from assaulting
me with fists, Boots, and Collapsible

-5-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Batons while i was in handcuffs lying face down on the ground not resisting and unable to protect or defend myself in anyway. these actions show gross negligence Sadistic and Malicious intent on March 1. 2017 at Marco's Pizza in Florissant Mo. and Violate My 4Th, 5th, 6Th, 8th, and 14th ammendment rights

⑮ Florissant Police Officer Stephen Williams failed to intervene with Officers Brian Panus, Steven Beekman, Joshua Smith and Sgt. Anthony Mocca to prevent Officers Brian Panus, Joshua Smith, Steve Beekman from assaulting me with fists Boots and Collapsible Batons which resulted in Serious Physical injury to my person and Serious

-5-

VI.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs.  You may use additional paper if necessary):

harm to my Mental Health
while I was in handcuffs lying
face down on the ground not
resisting in any manner and unable
to protect myself in anyway
these actions shows gross negligence
Malicious and Sadistic intent and deliberate
indifference and Violate my 4TH, 5TH, 6TH, 8TH and
14TH ammendment rights

16  Florissant City Council along with
Mayor Tom P. Schneider failed
to adequately screen new hiring
of Florissant Police Seargant Anthony
Mocca aswell as Police Officers
Brian Panus, Stephen Beckner, Joshua
Smith and Stephen Williams which
resulted in Serious Physical Injury
and Serious harm to my Mental
health when Sgt Mocca, and officers

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs.  You may use additional paper if necessary):

Panus, Beekman Smith and Williams assaulted me with fists, Boots, and Collassible Batons at Marcos Pizza in Flourssant Missouri at 7:14pm while I was in handcuffs lying face down on the ground not resisting and unable to resist in anyway these actions show gross negligence and Violate my 4th, 5th, 6th, 8th, and 14th ammendment rights

(17) Flourssant Police Officer Stephen Williams Denied me adequate medical Care Care by threatening my life if I accepted medical Care on the night of March 1,2017 after I was assaulted by Sgt. Mocca, and Officers Panus, Beekman and Williams. these actions show Malicious Sadistic intent and deliberate indifference Causing further injury both

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Physical and Mental by leaving injuries untreated by Medical Staff and Violating my 1st, 4th, 5th, 6th, 8th and 14th Ammendment rights. on March 1, 2017 in his Patrol Car

(18.) Florissant Police Officers Brian Panus and Steven Beckman also Denied Me Medical Care on the night of March 1, 2017 on the way to Christian NorthWest Hospital and again in the Hospital emergency Room by threatening to beat me further if I accepted Medical treatment for injuries that I received from Sgt. Mocca, Officer Panus, Beckman and Williams earlier that same Night March 1, 2017

(19.) The City of Florissant Government and Policy Making Officials (Tom P. Schneider along with the Entire

-5-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Florissant City Council failed to intervene to change laws, statutes, ordinances, Policies, and Customs which resulted in further harm to me through the Denial of my Medical Care due to the threats of Officers Brian Panus and Steven Beekman and Stephen Williams on the night of March 1, 2017 at Christian Northwest Hospital in florissat Missouri.

20.) each Defendant named in this action was acting under Color of law at all relevant times.

21.) I am Suing each defendant individually and Officially

VI.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

I wish to sew for state law
1st degree Assault as well

-5-

VII.   RELIEF

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments.  (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I am requesting this Court award Compensatory damages of $100,000 Jointly and Seperatly against each Named defendant for Physical and Emotional injuries received. a letter of apology from the City of Florissant

VIII.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒      NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$500,000 for Punitive from each Named defendant for Physical and Emotional Injuries received

IX.   Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES  ☒          NO   [ ]

_____
Signature of attorney or pro se Plaintiff

March 1, 2018
_____
Date

-6-

Brent Johns #693b0
100 S. Central ave
Clayton Mo 63105

"Clerk of Court"
United State District
Eastern District of Missou
111 South 10TH Street   Suite
St.Louis MO 63102